RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax:(602)277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
    Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:10-bk-13636 SSC |
| GLORIA D. BALL, | Chapter 13 |
| SSN: XXX-XX-3690 | |
| | TRUSTEE'S RESPONSE TO DEBTOR'S |
| | REQUEST TO REINSTATE CASE |
| Debtor. | |

Comes now Edward J. Maney, Chapter 13 Trustee assigned to administer this case, by and through Counsel Undersigned, and responds to the Debtor's request to reinstate her case.

Debtor has provided copies of the 2009 tax returns and 2 pay stubs for her spouse. However, Debtor has provided only one pay stub for herself. In addition, Debtor has made only one plan payment. She remains $1,045.00 delinquent with another payment coming due September 4, 2010. Debtor indicates on her Schedule I and Schedule J that they have available $2,283.00 available to make plan payments. Debtor needs to bring her plan payments current.

If the Debtor can bring the two delinquent payments current, the Trustee will agree to reinstatement of the case and will deal with the other issues in the Trustee's Recommendation Report.

Dated: <u>See Electronic Signature affixed hereto</u>.

_____
Ronald L. Hoffbauer
Staff Attorney for Edward J. Maney

-1-

The original filed and a copy of
the foregoing mailed on the 17th day
of August, 2010 to:

Gloria D. Ball
2537 S. Lorena
Mesa, AZ 85209
Debtor

and a copy hand delivered to:

U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ 85003-1706


by__/s/   Ronald L. Hoffbauer_____

c:\ron\pleadings\ballresponsetorin